CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | Case: 2:21-cv-00246-MCS-PD |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| FASHION NOVA, INC., a California Corporation, | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Fashion Nova, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 05, 2021           CENTER FOR DISABILITY ACCESS

                              By:   /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)